NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALEXANDER WALKER,                    )
                                     )
        Appellant,                   )
                                     )
v.                                   )        Case No. 2D20-29
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
                                     )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for
Pinellas County; Susan St. John, Judge.

J. Andrew Crawford of J. Andrew
Crawford, P.A., St. Petersburg, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


BLACK and SMITH, JJ., and CASE, JAMES, R., ASSOCIATE SENIOR JUDGE,
Concur.